UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 07-40030-FDS-1 |
| RICARDO RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On June 11, 2008, the parties appeared before this Court for a status conference. The defendant requested additional time to accommodate plea negotiations. The Court granted the request and scheduled a change of plea hearing for July 7, 2008.

With the assent of the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from June 11, 2008, through July 7, 2008, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

                                                        /s/ F. Dennis Saylor IV
                                                        F. Dennis Saylor IV
                                                        United States District Judge

Dated: June 11, 2008