```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

                            )
UNITED STATES OF AMERICA    )
                            )
   V.                       )   Crim. No. 07-40030-FDS
                            )
RICARDO RODRIGUEZ,          )
                            )
        Defendant           )
```

### DEFENDANT'S NOTICE OF APPEAL

Now comes the defendant, Ricardo Rodriguez, and hereby claims his right of appeal to the United States Court of Appeals for the First Circuit from his conviction and from his sentence imposed on March 20, 2009 (Saylor, D.J.).

        Respectfully submitted,
        **Ricardo Rodriguez,**

        By his attorney,

        s/Raymond E. Gillespie
        Raymond E. Gillespie
        B.B.O. #92300
        875 Massachusetts Ave suite 32
        Cambridge   MA   02139
        (617) 661-3222

March 21, 2009

### CERTIFICATE OF SERVICE

I, Raymond E. Gillespie, hereby certify that a copy of the foregoing motion will be electronically sent to all registered participants listed to receive electronic notice in this case on March 21, 2009:

S/Raymond E. Gillespie
Raymond E. Gillespie

notice_appeal